| Genuine Parts Company | Pay Group: | BI2-GPC Biweekly 2 | Business Unit: 10100 |
| --- | --- | --- | --- |
| 2999 Wildwood Pkwy | Pay Begin Date: | 12/04/2016 | Advice #: **000000001444299** |
| Atlanta, GA 30339 | Pay End Date: | 12/17/2016 | Advice Date: 12/23/2016 |
| 770/953-1700 | | | |

| | | | TAX DATA: | Federal | PA State |
| --- | --- | --- | --- | --- | --- |
| **Michael D Moore** | Employee ID: 365448 | | Marital Status: | Single | N/A |
| 16 N 2nd Street | Department: 99992505-CLS220660 104739 | | Allowances: | 0 | 0 |
| Wormleysburg, PA 17043 | Location: APG CRL CAMP HILL | | Addl. Pct: | | |
| | Job Title: Store-Delivery Driver | | Addl. Amt: | 20.00 | |
| | Pay Rate: $10.150000 Hourly | | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
| --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings |
| BnsNonRSV'd | | | 32.25 | | 112.74 |
| Regular | 10.1500 | 69.73 | 707.76 | 1,757.77 | 17,694.39 |
| Birthday | | 0.00 | | 7.43 | 75.41 |
| Holiday | | 0.00 | | 28.00 | 280.60 |
| Overtime | | 0.00 | | 13.90 | 211.60 |
| Vacation | | 0.00 | | 40.00 | 406.00 |
| VolTimeOff | | 0.00 | | 16.00 | 0.00 |
| **TOTAL:** | | **69.73** | **740.01** | **1,863.10** | **18,780.74** |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 97.70 | 2,404.76 |
| Fed MED/EE | 10.73 | 272.32 |
| Fed OASDI/EE | 45.88 | 1,164.41 |
| PA Unempl EE | 0.52 | 13.15 |
| PA Withholdng | 22.72 | 576.56 |
| PA Withholdng | 10.73 | 272.30 |
| PA LS Tax | 2.00 | 52.00 |
| **TOTAL:** | **190.28** | **4,755.50** |

### BEFORE-TAX DEDUCTIONS*

| Description | Current | YTD |
| --- | --- | --- |
| *401K | 37.00 | 939.04 |
| **TOTAL:** | **37.00** | **939.04** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| Basic Life & AD&D | 2.14 | 50.59 |
| *401K | 37.00 | 939.04 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 740.01 | 703.01 | 190.28 | 37.00 | 512.73 |
| YTD | 18,780.74 | 17,841.70 | 4,755.50 | 939.04 | 13,086.20 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
| --- | --- | --- | --- |
| Advice #000000001444299 | Checking | 1390000600160 | 512.73 |
| **TOTAL:** | | | **512.73** |

*Before Tax deductions are excluded from Federal Taxable Wages
** Imputed Income is not included in Total Gross Wages

**MESSAGE:**

| | | | | | |
|---|---|---|---|---|---|
| **Genuine Parts Company**<br>2999 Wildwood Pkwy<br>Atlanta, GA 30339<br>770/953-1700 | Pay Group: | BI2-GPC Biweekly 2 | Business Unit: 10100 | | |
| | Pay Begin Date: | 12/18/2016 | Advice #: | **000000001468958** | |
| | Pay End Date: | 12/31/2016 | Advice Date: | 01/06/2017 | |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| **Michael D Moore**<br>16 N 2nd Street<br>Wormleysburg, PA 17043 | Employee ID: | 365448 | Marital Status: | Single | N/A |
| | Department: | 99992505-CLS220660 104739 | Allowances: | 0 | 0 |
| | Location: | APG CRL CAMP HILL | Addl. Pct: | | |
| | Job Title: | Store-Delivery Driver | Addl. Amt: | 20.00 | |
| | Pay Rate: | $10.150000 Hourly | | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Holiday | 10.1500 | 4.00 | 40.60 | 4.00 | 40.60 |
| Overtime | 15.2250 | 1.00 | 15.23 | 1.00 | 15.23 |
| Regular | 10.1500 | 36.00 | 365.40 | 36.00 | 365.40 |
| Vacation | 10.1500 | 34.00 | 345.10 | 34.00 | 345.10 |
| **TOTAL:** | | **75.00** | **766.33** | **75.00** | **766.33** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 98.38 | 98.38 |
| Fed MED/EE | 11.11 | 11.11 |
| Fed OASDI/EE | 47.51 | 47.51 |
| PA Unempl EE | 0.54 | 0.54 |
| PA Withholdng | 23.53 | 23.53 |
| PA Withholdng | 11.11 | 11.11 |
| PA LS Tax | 2.00 | 2.00 |
| **TOTAL:** | **194.18** | **194.18** |

## BEFORE-TAX DEDUCTIONS*

| Description | Current | YTD |
|---|---|---|
| *401K | 38.32 | 38.32 |
| **TOTAL:** | **38.32** | **38.32** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life & AD&D | 2.14 | 2.14 |
| *401K | 38.32 | 38.32 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 766.33 | 728.01 | 194.18 | 38.32 | 533.83 |
| YTD | 766.33 | 728.01 | 194.18 | 38.32 | 533.83 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001468958 | Checking | 1390000600160 | 533.83 |
| **TOTAL:** | | | **533.83** |

*Before Tax deductions are excluded from Federal Taxable Wages
** Imputed Income is not included in Total Gross Wages

**MESSAGE:**

| Genuine Parts Company<br>2999 Wildwood Pkwy<br>Atlanta, GA 30339<br>770/953-1700 | Pay Group: BI2-GPC Biweekly 2<br>Pay Begin Date: 01/01/2017<br>Pay End Date: 01/14/2017 | Business Unit: 10100<br>Advice #: 000000001503409<br>Advice Date: 01/20/2017 |
|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| **Michael D Moore**<br>16 N 2nd Street<br>Wormleysburg, PA 17043 | Employee ID: 365448<br>Department: 99992505-CLS220660 104739<br>Location: APG CRL CAMP HILL<br>Job Title: Store-Delivery Driver<br>Pay Rate: $10.700000 Hourly | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Single<br>0<br><br>20.00 | N/A<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 10.7000 | 61.47 | 657.73 | 97.47 | 1,023.13 |
| Holiday | | | 0.00 | 4.00 | 40.60 |
| Overtime | | | 0.00 | 1.00 | 15.23 |
| Vacation | | | 0.00 | 34.00 | 345.10 |
| TOTAL: | | 61.47 | 657.73 | 136.47 | 1,424.06 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 82.91 | 181.29 |
| Fed MED/EE | 9.54 | 20.65 |
| Fed OASDI/EE | 40.78 | 88.29 |
| PA Unempl EE | 0.46 | 1.00 |
| PA Withholdng | 20.19 | 43.72 |
| PA Withholdng | 9.54 | 20.65 |
| PA LS Tax | 2.00 | 4.00 |
| TOTAL: | 165.42 | 359.60 |

### BEFORE-TAX DEDUCTIONS*

| Description | Current | YTD |
|---|---|---|
| *401K | 32.89 | 71.21 |
| TOTAL: | 32.89 | 71.21 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *401K | 32.89 | 71.21 |
| Basic Life & AD&D | 0.00 | 2.14 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 657.73 | 624.84 | 165.42 | 32.89 | 459.42 |
| YTD | 1,424.06 | 1,352.85 | 359.60 | 71.21 | 993.25 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001503409 | Checking | 1390000600160 | 459.42 |
| TOTAL: | | | 459.42 |

*Before Tax deductions are excluded from Federal Taxable Wages
** Imputed Income is not included in Total Gross Wages

**MESSAGE:**

| Genuine Parts Company<br>2999 Wildwood Pkwy<br>Atlanta, GA 30339<br>770/953-1700 | Pay Group: BI2-GPC Biweekly 2<br>Pay Begin Date: 01/15/2017<br>Pay End Date: 01/28/2017 | Business Unit: 10100<br>Advice #: 000000001533422<br>Advice Date: 02/03/2017 | |
|---|---|---|---|
| | | **TAX DATA:** Federal | PA State |
| **Michael D Moore**<br>16 N 2nd Street<br>Wormleysburg, PA 17043 | Employee ID: 365448<br>Department: 99992505-CLS220660 104739<br>Location: APG CRL CAMP HILL<br>Job Title: Store-Delivery Driver<br>Pay Rate: $10.700000 Hourly | Marital Status: Single<br>Allowances: 0<br>Addl. Pct:<br>Addl. Amt: 20.00 | N/A<br>0 |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 10.7000 | 63.70 | 681.59 | 161.17 | 1,704.72 |
| Holiday | | | 0.00 | 4.00 | 40.60 |
| Overtime | | | 0.00 | 1.00 | 15.23 |
| Vacation | | | 0.00 | 34.00 | 345.10 |
| **TOTAL:** | | 63.70 | 681.59 | 200.17 | 2,105.65 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 86.31 | 267.60 |
| Fed MED/EE | 9.88 | 30.53 |
| Fed OASDI/EE | 42.26 | 130.55 |
| PA Unempl EE | 0.47 | 1.47 |
| PA Withholdng | 20.93 | 64.65 |
| PA Withholdng | 9.88 | 30.53 |
| PA LS Tax | 2.00 | 6.00 |
| **TOTAL:** | 171.73 | 531.33 |

## BEFORE-TAX DEDUCTIONS*

| Description | Current | YTD |
|---|---|---|
| *401K | 34.08 | 105.29 |
| **TOTAL:** | 34.08 | 105.29 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life & AD&D | 2.14 | 4.28 |
| *401K | 34.08 | 105.29 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 681.59 | 647.51 | 171.73 | 34.08 | 475.78 |
| YTD | 2,105.65 | 2,000.36 | 531.33 | 105.29 | 1,469.03 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001533422 | Checking | 1390000600160 | 475.78 |
| **TOTAL:** | | | 475.78 |

*Before Tax deductions are excluded from Federal Taxable Wages
** Imputed Income is not included in Total Gross Wages

**MESSAGE:**

| Genuine Parts Company | Pay Group: | BI2-GPC Biweekly 2 | Business Unit: | 10100 |
| --- | --- | --- | --- | --- |
| 2999 Wildwood Pkwy | Pay Begin Date: | 01/29/2017 | Advice #: | 000000001564092 |
| Atlanta, GA 30339 | Pay End Date: | 02/11/2017 | Advice Date: | 02/17/2017 |
| 770/953-1700 | | | | |

| | | | TAX DATA: | Federal | PA State |
| --- | --- | --- | --- | --- | --- |
| Michael D Moore | Employee ID: | 365448 | Marital Status: | Single | N/A |
| 16 N 2nd Street | Department: | 99992505-CLS220660 104739 | Allowances: | 0 | 0 |
| Wormleysburg, PA 17043 | Location: | APG CRL CAMP HILL | Addl. Pct: | | |
| | Job Title: | Store-Delivery Driver | Addl. Amt: | 20.00 | |
| | Pay Rate: | $10.700000 Hourly | | | |

## HOURS AND EARNINGS

|  | Current | | | YTD | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 10.7000 | 65.78 | 703.85 | 226.95 | 2,408.57 | Fed Withholdng | 89.48 | 357.08 |
| Holiday | | | 0.00 | 4.00 | 40.60 | Fed MED/EE | 10.21 | 40.74 |
| Overtime | | | 0.00 | 1.00 | 15.23 | Fed OASDI/EE | 43.64 | 174.19 |
| Vacation | | | 0.00 | 34.00 | 345.10 | PA Unempl EE | 0.50 | 1.97 |
| | | | | | | PA Withholdng | 21.61 | 86.26 |
| | | | | | | PA Withholdng | 10.21 | 40.74 |
| | | | | | | PA LS Tax | 2.00 | 8.00 |
| TOTAL: | | 65.78 | 703.85 | 265.95 | 2,809.50 | TOTAL: | 177.65 | 708.98 |

| BEFORE-TAX DEDUCTIONS* | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| *401K | 35.19 | 140.48 | | | | Basic Life & AD&D | 2.14 | 6.42 |
| | | | | | | *401K | 35.19 | 140.48 |
| TOTAL: | 35.19 | 140.48 | TOTAL: | 0.00 | 0.00 | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 703.85 | 668.66 | 177.65 | 35.19 | 491.01 |
| YTD | 2,809.50 | 2,669.02 | 708.98 | 140.48 | 1,960.04 |

| | NET PAY DISTRIBUTION | | |
| --- | --- | --- | --- |
| | Account Type | Account Number | Deposit Amount |
| Advice #000000001564092 | Checking | 1390000600160 | 491.01 |
| TOTAL: | | | 491.01 |

*Before Tax deductions are excluded from Federal Taxable Wages
** Imputed Income is not included in Total Gross Wages

**MESSAGE:**