```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-00721-RNO
Michael D. Moore                                                        Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: REshelman              Page 1 of 1              Date Rcvd: Apr 19, 2017
                               Form ID: ntcnfhrg            Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
```
db            +Michael D. Moore,    16 N. 2nd Street,    Wormleysburg, PA 17043-1307
4888484       +AAA Financial Services,    5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
4888486        Bon-Ton,    P.O. Box 2482,    York, PA 17405
4888487       +Boscov's Retail Services,     P.O. Box 15521,    Wilmington, DE 19850-5521
4888488       +Chase Visa,    P.O. Box 15292,    Wilmington, DE 19886-0001
4888489        Citi Mastercard,    P.O. Box 689183,    Des Moines, IA 50368
4888490       +Commenity Bank,    P.O. Box 182124,    Columbus, OH 43218-2124
4888491       +Daniel Joseph Santucci, Esq.,     P.O. Box 517,    Essington, PA 19029-0517
4888492        Dynamic Recovery Solutions,    P.O. Box 25759,    Greenville, SC 29616-0759
4888493       +FMS Inc.,    4915 South Union Ave.,    Tulsa, OK 74107-7839
4888498       +PA Central Credit Union,    959 East Park Drive,    Harrisburg, PA 17111-2894
4888499        Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept. 280946,
                Harrisburg, PA 17108-0946
4888501        Qualia Collection Services,    P.O. Box 4699,    Petaluma, CA 94955-4699
4888502       +Sears,    P.O. Box 183081,    Columbus, OH 43218-3081
4888503       +Specialized Loan Servicing,    8742 Lucent Blvd.,    Littleton, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4888485       +E-mail/Text: seinhorn@ars-llc.biz Apr 19 2017 19:24:13      Ability Recovery,   P.O. Box 4262,
                Scranton, PA 18505-6262
4888494        E-mail/Text: cio.bncmail@irs.gov Apr 19 2017 19:23:06      Internal Revenue Service,
                Bankruptcy Section,    P.O. Box 628,    Pittsburgh, PA 15230
4888495       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 19 2017 19:22:57      Kohls,   P.O. Box 3043,
                Milwaukee, WI 53201-3043
4906889        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2017 19:19:24
                LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                Greenville, SC 29603-0675
4888496       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2017 19:19:39      LVNV Funding, LLC,
                15 South Main Street, Ste 700,    Greenville, SC 29601-2793
4888497        E-mail/Text: bankruptcydpt@mcmcg.com Apr 19 2017 19:23:38      Midland Credit Management, Inc.,
                P.O. Box 60578,    Los Angeles, CA 90060-0578
4888500        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 19:56:07
                Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
4888504       +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 19:19:21      Synchrony Bank,   P.O. Box 981064,
                El Paso, TX 79998-1064
4888505        E-mail/Text: bknotices@totalcardinc.com Apr 19 2017 19:23:39      Total Card, Inc.,
                P.O. Box 89725,    Sioux Falls, SD 57109-9725
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Debtor Michael D. Moore cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com
              James Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A., as Indenture Trustee for MSCC
               HELOC Trust 2007-1 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael D. Moore
Debtor(s)

Chapter 13

Case No. 1:17−bk−00721−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **May 19, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 24, 2017 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: REshelman |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 19, 2017 |