```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00721-RNO
Michael D. Moore                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Oct 05, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db             +Michael D. Moore,    16 N. 2nd Street,    Wormleysburg, PA 17043-1307
4938654         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Debtor Michael D. Moore cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A., as Indenture Trustee for MSCC
               HELOC Trust 2007-1 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL D. MOORE, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| MICHAEL D. MOORE, | : | CASE NO. 1:17-bk-00721RNO |
| Objector | : | |
| | : | |
| v. | : | |
| | : | |
| CAPITAL ONE, N.A., | : | CLAIM #6 |
| Claimant | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Objection to Proof of Claim No. 6, filed by Capital One, N.A., after hearing held on October 4, 2017, it is

ORDERED that the Debtor's Objection is SUSTAINED; and,

FURTHER ORDERED that Debtor is the sole responsible party for the debt and Debtor's wife is not a co-obligor.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: October 4, 2017