```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00721-HWV
Michael D. Moore                                                Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman     Page 1 of 1     Date Rcvd: Jul 26, 2018
                          Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
4915502      +Wells Fargo Bank, N.A. Trustee (See 410),   c/o Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Craig A. Diehl   on behalf of Debtor 1 Michael D. Moore cdiehl@cadiehllaw.com,
            jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
          James  Warmbrodt   on behalf of Creditor  Wells Fargo Bank, N.A., as Indenture Trustee for MSCC  HELOC Trust 2007-1 bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                           TOTAL: 4

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-00721-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael D. Moore
16 N. 2nd Street
Wormleysburg PA 17043

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/26/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Wells Fargo Bank, N.A.
C/O Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129
Wells Fargo Bank, N.A.
C/O Specialized Loan Servicing LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/28/18

Terrence S. Miller
**CLERK OF THE COURT**