# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | |
|---|---|
| In Re: | Case No. 17-00721 |
| MICHAEL MOORE, | Chapter 13 |
| Debtor(s). | |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

COMES NOW, Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 38), filed on July 26, 2018, in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

| **Notices to be sent to:** | **Payments to be sent to:** |
|---|---|
| Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| 8742 Lucent Blvd, Suite 300 | PO Box 636007 |
| Highlands Ranch, CO 80129 | Littleton, CO 80163 |

DATED: October 11, 2018

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Phone: (303) 539 8600
Email: lisac@w-legal.com

47739498

## CERTIFICATE OF SERVICE

       I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 on October 11, 2018, a true and correct copy the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular, first-class mail to the parties listed below:

| Debtor(s) via First-Class Mail | Debtor(s) Counsel via First-Class Mail |
|---|---|
| Michael Moore | Craig A. Diehl |
| 16 N 2nd St | 3464 Trindle Road |
| Wormleysburg, PA 17043 | Camp Hill, PA 17011-4436 |

| Trustee via First-Class Mail | Asst. U.S. Trustee via First-Class Mail |
|---|---|
| CHARLES J DEHART III | United States Trustee |
| 8125 ADAMS DR STE A | 228 Walnut Street, Suite 1190 |
| HUMMELSTOWN, PA 17036 | Harrisburg, PA 17101 |

/s/ Nikole Montufar
Nikole Montufar
Legal Assistant to Lisa Cancanon