```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                        Case No. 17-00721-HWV
Michael D. Moore                                              Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: Nov 26, 2019
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.
5088064        +Wells Fargo Bank, N.A.,   C/O Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Debtor 1 Michael D. Moore cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A., as Indenture Trustee for MSCC
               HELOC Trust 2007-1 bkgroup@kmllawgroup.com
              Lisa Cancanon    on behalf of Creditor   Wells Fargo Bank, N.A., as Indenture Trustee for MSCC
               HELOC Trust 2007-1 lisac@w-legal.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-00721-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael D. Moore
16 N. 2nd Street
Wormleysburg PA 17043

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/26/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: Wells Fargo Bank, N.A., C/O Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129
Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/28/19

Terrence S. Miller
**CLERK OF THE COURT**