United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael D. Moore  
    Debtor

Case No. 17-00721-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 25, 2022      Form ID: fnldecnd      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D. Moore, 16 N. 2nd Street, Wormleysburg, PA 17043-1307 |
| 4888484 | + | AAA Financial Services, 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 4888486 | | Bon-Ton, P.O. Box 2482, York, PA 17405 |
| 4888489 | | Citi Mastercard, P.O. Box 689183, Des Moines, IA 50368 |
| 4888491 | + | Daniel Joseph Santucci, Esq., P.O. Box 517, Essington, PA 19029-0517 |
| 4888493 | + | FMS Inc., 4915 South Union Ave., Tulsa, OK 74107-7839 |
| 4888498 | + | PA Central Credit Union, 959 East Park Drive, Harrisburg, PA 17111-2894 |
| 4888499 | | Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17108-0946 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 25 2022 18:35:00 | ARCPE 1 LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 25 2022 18:35:00 | Specialized Loan Servicing LLC, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 25 2022 18:35:00 | WELLS FARGO BANK, N.A., 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 4888485 | + | Email/Text: mnapoletano@ars-llc.biz | Oct 25 2022 18:35:00 | Ability Recovery, P.O. Box 4262, Scranton, PA 18505-6262 |
| 4888487 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 25 2022 18:35:00 | Boscov's Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521 |
| 4888502 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2022 18:47:12 | Sears, P.O. Box 183081, Columbus, OH 43218 |
| 4938654 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2022 18:47:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4943129 | + | Email/Text: bankruptcy@cavps.com | Oct 25 2022 18:35:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4888490 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2022 18:35:00 | Commenity Bank, P.O. Box 182124, Columbus, OH 43218-2124 |
| 4888492 | ^ | MEBN | Oct 25 2022 18:33:49 | Dynamic Recovery Solutions, P.O. Box 25759, Greenville, SC 29616-0759 |
| 4888494 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 25 2022 18:35:00 | Internal Revenue Service, Bankruptcy Section, P.O. Box 628, Pittsburgh, PA 15230 |
| 4888488 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 25 2022 18:47:16 | Chase Visa, P.O. Box 15292, Wilmington, DE 19886 |
| 4888495 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 25 2022 18:35:00 | Kohls, P.O. Box 3043, Milwaukee, WI 53201-3043 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 4906889 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 18:47:17 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 4888496 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 18:47:12 | LVNV Funding, LLC, 15 South Main Street, Ste 700, Greenville, SC 29601-2793 |
| 4927636 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2022 18:35:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. as agent, for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4888497 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2022 18:35:00 | Midland Credit Management, Inc., P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 4888500 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2022 18:47:22 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 4888501 | | Email/Text: clientrelations@optiosolutions.com | Oct 25 2022 18:35:00 | Qualia Collection Services, P.O. Box 4699, Petaluma, CA 94955-4699 |
| 4888503 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 25 2022 18:35:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Littleton, CO 80129-2386 |
| 5274953 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 25 2022 18:35:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4888504 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 18:47:17 | Synchrony Bank, P.O. Box 981064, El Paso, TX 79998-1064 |
| 4888505 | | Email/Text: bknotices@totalcardinc.com | Oct 25 2022 18:35:00 | Total Card, Inc., P.O. Box 89725, Sioux Falls, SD 57109-9725 |
| 4931077 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2022 18:47:12 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5088065 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 25 2022 18:35:00 | Wells Fargo Bank, N.A., C/O Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Wells Fargo Bank, N.A., C/O Specialized Loan Servicing LLC 80129-2386 |
| 5088064 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 25 2022 18:35:00 | Wells Fargo Bank, N.A., C/O Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 4915502 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 25 2022 18:35:00 | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5274954 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Craig A. Diehl | on behalf of Debtor 1 Michael D. Moore cdiehl@cadiehllaw.com jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wells Fargo Bank N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 bkgroup@kmllawgroup.com |
| Lisa Cancanon | on behalf of Creditor Wells Fargo Bank N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 Lisa.Cancanon@vf-law.com, Llombardi06@law.du.edu |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

In re:

| | |
|---|---|
| Michael D. Moore, | Chapter 13 |
| **Debtor 1** | Case No. 1:17−bk−00721−HWV |

Social Security No.:
xxx−xx−6631

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Michael D. Moore** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 25, 2022

**fnldec** (01/22)